**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

UPSOLVE, INC., and REV. JOHN UDO-OKON

      Plaintiffs,

   v.

LETITIA JAMES, in her official capacity as

Attorney General of the State of New York,

      Defendant.

Case No. _____

**RULE 7.1 DISCLOSURE STATEMENT**

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Upsolve, Inc., and Rev. John Udo-Okon make the following disclosure:

   Upsolve, Inc., is a non-governmental, not-for-profit corporate party, with no parent entity or publicly-held stock.

   The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

Respectfully submitted,

/s/ Gregory Silbert

Gregory Silbert
Robert B. Niles-Weed
Elena De Santis
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

Zachary D. Tripp*
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW
Washington, DC 20036
(202) 682-7000

*Pro hac vice motion forthcoming

Attorneys for Plaintiffs Upsolve, Inc., and
Rev. John Udo-Okon

Date: January 25, 2022