UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UPSOLVE, INC. and REV. JOHN UDO-OKON,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　-v-<br><br>LETITIA JAMES, in her official capacity as Attorney General of the State of New York,<br><br>　　　　　　　　　　Defendant. | 22-CV-00627 (PAC) (SLC)<br><br>**NOTICE OF APPEARANCE** |

　　　　PLEASE TAKE NOTICE that Letitia James, Attorney General of the State of New York, by Matthew J. Lawson, Assistant Attorney General, shall appear as counsel of record for Defendant Letitia James in this action.  Please serve all papers and direct all further correspondence and/or electronic notices to the undersigned.  This appearance is without prejudice to Defendant's rights to assert any and all applicable defenses in this action.

Dated:  New York, New York
　　　　February 1, 2022

　　　　　　　　　　　　　　　　　　　　　　LETITIA JAMES
　　　　　　　　　　　　　　　　　　　　　　Attorney General
　　　　　　　　　　　　　　　　　　　　　　State of New York
　　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*
　　　　　　　　　　　　　　　　　　　　　　By:
　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　Matthew J. Lawson
　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　　28 Liberty Street
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10005
　　　　　　　　　　　　　　　　　　　　　　Tel.: (212) 416-8733
　　　　　　　　　　　　　　　　　　　　　　matthew.lawson@ag.ny.gov