UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UPSOLVE, INC. and REV. JOHN UDO-OKON,

*Plaintiffs*,

v.

LETITIA JAMES, in her official capacity as Attorney General for the State of New York,

*Defendant*.

22-cv-627 (PAC)

**ORDER**

In light of several proposed *amicus curiae* briefs that have been filed in this action, it seems prudent to solicit the views of other stakeholders regarding New York's Unauthorized Practice of Law rules. Accordingly, it is hereby

**ORDERED**, that parties shall file letters by March 18, 2022 containing suggested independent third parties, if any, who should be asked to file briefs regarding the legal and practical effects of applying New York's Unauthorized Practice of Law rules to the proposed activities at issue.

Dated: New York, New York
       March 2, 2022

SO ORDERED

*/s/ Paul A. Crotty*

HONORABLE PAUL A. CROTTY
United States District Judge

1