STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8733

March 16, 2022

**By ECF**

The Honorable Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007

      RE:    *Upsolve, Inc. v. James*, 22-CV-627 (PAC)

Dear Judge Crotty:

      This Office represents the Attorney General in the above-captioned case. I write to respond to the Court's request that the parties "file letters by March 18, 2022 containing suggested independent third parties, if any, who should be asked to file briefs regarding the legal and practical effects of applying New York's Unauthorized Practice of Law rules to the proposed activities at issue" in this lawsuit. ECF 36.

      The Attorney General respectfully submits that the following third parties may have views on this question that could assist the Court:

(1)    New York State Courts Access to Justice Program

      c/o Hon. Edwina Mendelson
      Deputy Chief Administrative Judge
      Office for Justice Initiatives
      111 Centre Street
      New York, NY 10013
      (646) 386-3200

      The Attorney General understands that the NYS Access to Justice Program operates the Civil Legal Advice and Resource Office ("CLARO"), which, according to CLARO's website, offers "limited legal advice to low-income New Yorkers being sued by debt collectors."

Hon. Paul A. Crotty
March 16, 2022
Page 2

(2) Mobilization for Justice
100 William Street, 6th Floor
New York, NY 10038
(212) 417-3700

The Attorney General understands that Mobilization for Justice provides civil legal services to poor and low income New Yorkers, including on matters relating to debt collection.

(3) Manhattan Legal Services

1 West 125th Street
2nd Floor
New York, NY 10027
(646) 442-3100

The Attorney General understands that Manhattan Legal Services provides civil legal services to poor and low income New Yorkers, including on matters relating to debt collection.

(4) Brooklyn Legal Services
105 Court Street, 4th Floor
Brooklyn, NY 11201
(718) 237-5500

The Attorney General understands that Brooklyn Legal Services provides civil legal services to poor and low income New Yorkers, including on matters relating to debt collection.

(5) Bronx Legal Services
349 East 149th St.
10th Floor
Bronx, NY 10451
718-928-3700

The Attorney General understands that Bronx Legal Services provides civil legal services to poor and low income New Yorkers, including on matters relating to debt collection.

(6) Queens Legal Services
89-00 Sutphin Blvd., 5th Floor
Jamaica, NY 11435
(347) 592-2200

The Attorney General understands that Queens Legal Services provides civil legal services to poor and low income New Yorkers, including on matters relating to debt collection.

Hon. Paul A. Crotty
March 16, 2022
Page 3

                Respectfully submitted,

                /s/ Matthew J. Lawson

                Matthew J. Lawson
                Assistant Attorney General

Case 1:22-cv-00627-PAC   Document 53   Filed 03/16/22   Page 3 of 3