UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UPSOLVE, INC., and
REV. JOHN UDO-OKON,

                *Plaintiffs*,

v.

LETITIA JAMES, in her official capacity as
Attorney General of the State of New York,

                *Defendant.*

No. 22-cv-627 (PAC)

**ORDER**

---

Erwin Rosenberg has moved *pro se* for permissive intervention in this case. *See* ECF Nos. 63 (original motion); 64 (amended motion). Plaintiffs oppose Rosenberg's motion. *See* ECF No. 65. Permissive intervention lies within the Court's "broad discretion," *AT&T Corp. v. Sprint Corp.*, 407 F.3d 560, 561 (2d Cir. 2005), and in exercising that discretion, the Court "must consider whether the intervention will unduly delay or prejudice the adjudication of the original parties' rights," Fed. R. Civ. P. 24(b)(3).

For the reasons stated in the Court's Opinion granting Plaintiffs' motion for a preliminary injunction, Rosenberg seeks much broader relief than Plaintiffs, and is not similarly situated. *See* ECF No. 68 at 17 n.6. His intervention would deeply complicate the issues presented and delay the proceedings. Therefore, his motion to intervene is **DENIED**.

The Clerk of Court is respectfully directed to close the motion at ECF Numbers 63 and 64.

Dated: New York, New York
       May 25, 2022

SO ORDERED

*/s/ Paul A. Crotty*
HONORABLE PAUL A. CROTTY
United States District Judge

1