UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UPSOLVE, INC. and REV. JOHN UDO-OKON,

                    Plaintiffs,

-v-

LETITIA JAMES, in her official capacity as Attorney General of the State of New York,

                    Defendant.

22-CV-00627 (PAC) (SLC)

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Defendant Letitia James, Attorney General of the State of New York, hereby appeals to the United States Court of Appeals for the Second Circuit from an order entered in this action on May 24, 2022, which granted Plaintiffs' motion for a preliminary injunction.

Dated:  New York, New York
         June 22, 2022

                                          LETITIA JAMES
                                          Attorney General
                                          State of New York
                                          By:

                                          /s/ Matthew J. Lawson
                                          Matthew J. Lawson
                                          Assistant Attorney General
                                          28 Liberty Street
                                          New York, New York 10005
                                          Tel.: (212) 416-8733
                                          matthew.lawson@ag.ny.gov