UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UPSOLVE, INC. and REV. JOHN UDO-OKON,<br><br>                        Plaintiffs,<br><br>                -v-<br><br>LETITIA JAMES, in her official capacity as Attorney General of the State of New York,<br><br>                        Defendant. | Case No. 22-CV-00627 (PAC) (SLC) |

## STIPULATION AND ORDER FOR THE SUBSTITUTION OF COUNSEL

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel, that the law firm of the Institute of Justice, including attorney Robert J. McNamara, shall be substituted in place and instead of the law firm of Weil, Gotshal & Manges LLP, including attorneys Gregory Silbert, Zachary Tripp, Robert Niles-Weed, Elena De Santis, and Liz Grefrath, as counsel of record for Plaintiffs Upsolve Inc. and Rev. John Udo-Okon in the above captioned matter.

**PLEASE TAKE NOTICE** that all pleadings, notices of hearing, and other filings in this matter be served upon the undersigned incoming counsel at the address set forth below.

**PLEASE TAKE FURTHER NOTICE** that, as required by Local Civil Rule 1.4, Weil, Gotshal & Manges LLP states that it will not be asserting a retaining or charging lien.

Dated: New York, New York
      November 29, 2022

| INSTITUTE FOR JUSTICE | WEIL, GOTSHAL & MANGES LLP |
|---|---|
| By: /s/ *(signature)* <br> Robert J. McNamara <br> Brian A. Morris <br> INSTITUTE FOR JUSTICE <br> 901 N. Glebe Road, Suite 900 <br> Arlington, Virginia 22203 <br> Phone: (702) 682-9320 <br> Email: rmcnamara@ij.org <br><br> *Incoming Counsel for Plaintiffs* | By: <br> /s/ Gregory Silbert <br> Gregory Silbert <br> Robert B. Niles-Weed <br> Elena De Santis <br> Liz Grefrath <br> WEIL, GOTSHAL & MANGES LLP <br> 767 Fifth Avenue <br> New York, New York 10153 <br> Phone: (212) 310-8000 <br> Email: greg.silbert@weil.com <br><br> Zachary D. Tripp <br> WEIL, GOTSHAL & MANGES LLP <br> 2001 M Street, NW <br> Washington, DC 20036 <br><br> *Outgoing Counsel for Plaintiffs* |

**SO ORDERED**:

Dated: _____, 2022.

 

_____
The Honorable Paul A. Crotty
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UPSOLVE, INC. and REV. JOHN UDO-OKON,<br><br>                         Plaintiffs,<br><br>            -v-<br><br>LETITIA JAMES, in her official capacity as Attorney General of the State of New York,<br><br>                         Defendant. | Case No. 22-CV-00627 (PAC) (SLC) |

**DECLARATION OF GREGORY SILBERT PURSUANT TO LOCAL CIVIL RULE 1.4**

      I, Gregory Silbert, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

      1.      I am a member of the Bar of this Court and associated with the law firm of Weil, Gotshal & Manges LLP. I make this declaration pursuant to Local Civil Rule 1.4 of this Court in support of the Stipulation for the Substitution of Counsel (the "Stipulation") submitted herewith.

      2.      Pursuant to the Stipulation, the law firm of the Institute of Justice, including attorneys Robert J. McNamara and Brian Morris, shall be substituted in place and instead of the law firm of Weil, Gotshal & Manges LLP, including attorneys Gregory Silbert, Zachary Tripp, Robert Niles-Weed, Elena De Santis, and Liz Grefrath, as counsel of record for Plaintiffs Upsolve Inc. and Rev. John Udo-Okon in the above captioned matter.

      3.      Substitution is being sought upon mutual agreement of withdrawing counsel and incoming substitute counsel, and has been consented to by Plaintiffs Upsolve, Inc. and Rev. John Udo-Okon.

      4.      The substitution of the Institute of Justice for Weil, Gotshal & Manges LLP will not prejudice Plaintiffs Upsolve and Rev. John Udo-Okon, affect any deadlines, or cause any delay in this matter.

      5.      Weil, Gotshal & Manges LLP is not asserting a retaining or charging lien.

In view of the foregoing, it is respectfully submitted that the Stipulation herewith be "so ordered" by the Court.

Dated: New York, New York
       November 29, 2022

/s/ Gregory Silbert_____
Gregory Silbert

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 29th day of November, 2022, I caused this *Stipulation and Order for the Substitution of Counsel* to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all parties whose counsel are registered CM/ECF users.

                                              /s/ Gregory Silbert
                                              Gregory Silbert