**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UPSOLVE, INC. and REV. JOHN UDO-
OKON,

                              Plaintiffs,

                -v-

LETITIA JAMES, in her official capacity as
Attorney General of the State of New York,

                              Defendant.

Case No. 22-CV-00627 (PAC)
(SLC)

---

## STIPULATION AND ORDER FOR THE SUBSTITUTION OF COUNSEL

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel, that the law firm of the Institute of Justice, including attorney Robert J. McNamara, shall be substituted in place and instead of the law firm of Weil, Gotshal & Manges LLP, including attorneys Gregory Silbert, Zachary Tripp, Robert Niles-Weed, Elena De Santis, and Liz Grefrath, as counsel of record for Plaintiffs Upsolve Inc. and Rev. John Udo-Okon in the above captioned matter.

**PLEASE TAKE NOTICE** that all pleadings, notices of hearing, and other filings in this matter be served upon the undersigned incoming counsel at the address set forth below.

**PLEASE TAKE FURTHER NOTICE** that, as required by Local Civil Rule 1.4, Weil, Gotshal & Manges LLP states that it will not be asserting a retaining or charging lien.

Dated:  New York, New York
        November 29, 2022

INSTITUTE FOR JUSTICE

By:

/s/

Robert J. McNamara
Brian A. Morris
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, Virginia 22203
Phone: (702) 682-9320
Email: rmcnamara@ij.org

*Incoming Counsel for Plaintiffs*

WEIL, GOTSHAL & MANGES LLP

By:

/s/ Gregory Silbert

Gregory Silbert
Robert B. Niles-Weed
Elena De Santis
Liz Grefrath
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Phone: (212) 310-8000
Email: greg.silbert@weil.com

Zachary D. Tripp
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW
Washington, DC 20036

*Outgoing Counsel for Plaintiffs*

**SO ORDERED**:

Dated: _____, 2022.

The Honorable Paul A. Crotty
United States District Judge

2