UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UPSOLVE, INC., and<br>REV. JOHN UDO-OKON,<br><br>                                  Plaintiffs,<br><br>-v-<br><br>LETITIA JAMES, in her official capacity as Attorney General of the State of New York,<br><br>                                  Defendant. | 22-CV-627 (RMB)<br><u>ORDER</u> |

The Attorney General of the State of New York is respectfully requested to respond to ECF No. 91 and ECF No. 92 on or before April 26, 2024.

*/s/ RMB*

Richard M. Berman
United States District Judge

Dated: April 18, 2024
       New York, New York