**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UPSOLVE, INC, and REV. JOHN UDO-OKON,<br>            *Plaintiffs,*<br><br>v.<br><br>LETITIA JAMES, in her official capacity as Attorney General of the State of New York,<br><br>            *Defendant.* | Civil Case No. 1:22-cv-00627-PAC |

## PLAINTIFFS' MOTION TO WITHDRAW ATTORNEY BRIAN A. MORRIS

In accordance with LCvR 1.4(b), Counsel for Plaintiffs Upsolve, Inc. and Reverend John Udo-Okon respectfully move the Court to withdraw Brian A. Morris as Plaintiffs' co-counsel in this case. Brian A. Morris's last day with the Institute for Justice is May 16, 2025, after which he will no longer represent Plaintiffs. As of May 16, 2025, Mr. Morris will no longer be an employee of the Institute for Justice.

Plaintiffs Upsolve, Inc. and Reverend John Udo-Okon approve the withdrawal, and will continue to be represented by the remaining counsel of record, Robert J. McNamara, from the Institute for Justice.

Based on the foregoing, Counsel respectfully requests that the Court grant this motion to withdraw Brian A. Morris as co-counsel for Plaintiffs.

Dated: May 14, 2025

Respectfully submitted,

/s/ Robert J. McNamara
Robert J. McNamara*
INSTITUTE FOR JUSTICE
901 North Glebe Road, Suite 900
Arlington, Virginia 22203

Tel: (703) 682-9320  
Fax: (703) 682-9321  
rmcnamara@ij.org

*Attorney for Plaintiffs*  
*Admitted *pro hac vice*
