Case 1:22-cv-00627-LAK    Document 92    Filed 12/13/23    Page 1 of 6

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/29/2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
No. 22-cv-627 (PAC)

UPSOLVE, INC., and REV. JOHN UDO-OKON,
Plaintiffs,

v.

LETITIA JAMES, in her official capacity as
Attorney General of the State of New York,
Defendant

_____/

**MEMO ENDORSED**

## ERWIN ROSENBERG'S SECOND MOTION FOR PERMISSIVE INTERVENTION

This Court is in a preliminary stage as it has entered a preliminary injunction which is on appeal.

"Resolution of a motion for permissive intervention is committed to the discretion of the court before which intervention is sought. see _Automobile Workers_, 382 U.S. at 217, n. 10, 86 S.Ct. 373; Fed. Rule Civ. Proc. 24(b)(1)(a). " _Cameron v. EMW Women's Surgical Center, PSC_, 142 S. Ct. 1002, 1011-1012 (2022).

Rosenberg would like to intervene to make a claim that Defenddant is violating federal antitrust law via its UPL laws and their enforcement. See Proposed Intervenor Complaint. The Plaintiffs and Rosenberg have a similar legal problem with Defendant and can obtain relief with the same essential antitrust argument in the proposed complaint.

1

15.    Paragraphs 1-10 and 12-13 are re-alleged.

16.    Rosenberg's suffering of anti-trust damage is onging.

17.    Wherefore Rosenberg sues Defendant pursuant to 15 U.S. Code § 26 for

injunctive relief against threatened loss or damage by a violation of the antitrust laws.

CERTIFICATE OF SERVICE

I hereby certify I served upon filing this document which document was placed in a
mailbox to 500 Pearl St, New York, NY 10007 on December 5, 2023.

**MEMO ENDORSED**

Respectfully Submitted,

/s// Erwin Rosenberg
Erwin Rosenberg
1000 West Island Blvd. 1011
Aventura, Florida 33160
Tel 786-299-2789
erwinrosenberg@gmail.com

This motion is
without merit.
Denied

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

9/29/25

5