UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

UPSOLVE, INC. et. al.
    Plaintiffs,

v.    No. 22-cv-627 (PAC) *LAK*

JAMES, LETITIA
    Defendant
_____/

### ERWIN ROSENBERG'S MOTION PURSUANT TO RULE 60(b)(5) AND/OR 60(b)(6) FOR RELIEF FROM [ECF 69] THE MAY 25, 2022 ORDER DENYING MOTION TO INTERVENE

Rule 60 says "On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:

. . .

(5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or

(6) any other reason that justifies relief."

On May 25, 2022 this Court entered an order denying Rosenberg's motion for permissive intervention. In its June 27, 2022 Order denying reconsideration this Court explained the main reason for the denial of intervention:

1

injunction but not because Plaintiffs are non-lawyers working for a non-profit; rather because Plaintiffs like Rosenberg intend to engage in expressive speech and expressive speech takes precedence over laws that purport to regulate conduct but incidentally control expressive speech.

Wherefore Erwin Rosenberg moves pursuant to Rule 60(b)(5) and/or 60(b)(6) for relief from the May 25, 2022 order denying intervention.

CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2023 I served a copy hereof via the Clerk's filing per ECF Rule 9.2.

Respectfully Submitted,

/s//
Erwin Rosenberg
1000 West Island Blvd. 1011
Aventura, Florida 33160
Tel 786-299-2789
erwinrosenberg@gmail.com

*[Handwritten annotation:]* This motion is meritless and vexatious. It is Denied.

SO ORDERED
LEWIS A. KAPLAN, USDJ 9/29/25

3