UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

UPSOLVE, INC. et. al.
    Plaintiffs,

v.

                            No. 22-cv-627 (RMB)

JAMES, LETITIA
    Defendant
_____/

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/29/25

LAK

## ERWIN ROSENBERG'S MOTION FOR PERMISSIVE INTERVENTION

"Resolution of a motion for permissive intervention is committed to the discretion of the court before which intervention is sought, see *Automobile Workers*, 382 U.S. at 217, n. 10, 86 S.Ct. 373; Fed. Rule Civ. Proc. 24(b)(1)(a)." *Cameron v. EMW Women's Surgical Center, PSC*, 142 S. Ct. 1002, 1011-1012 (2022).

Like Plaintiffs, Erwin Rosenberg, a disbarred attorney, is someone who the New York Attorney General considers to be prohibited by New York's UPL laws from practicing law in New York.

On May 15, 2024 the Court of Appeals for the Eleventh Circuit decided *Cichowski v. Totten*, No. 24-10195 (Unpublished opinion), where it deals with a case involving the

1

York disbarred Erwin Rosenberg there was a violation of the First Amendment as incorporated by the Fourteenth Amendment.

CERTIFICATE OF SERVICE

I hereby certify I mailed this document to the Clerk on August 7, 2024 and it will be served upon filing ia CM/EWCF per NYDC S. Dist. ECF Rule 9.2 on Robert McNamara, Esq. and Matthew J. Lawson, Esq.

Respectfully Submitted,

/s// Erwin Rosenberg
Erwin Rosenberg
1000 West Island Blvd. 1011
Aventura, Florida 33160
Tel 786-299-2789
erwinrosenberg@gmail.com

Movant is not similarly situated to the persons who brought this case. It is unclear how would conflicate and delay the case. He is free to bring his claims in a stand alone action.

Denied

SO ORDERED

LEWIS A. KAPLAN, USDJ

9/29/25