

INSTITUTE FOR JUSTICE

September 30, 2025

<u>Via ECF</u>
The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      RE:    *Upsolve, Inc., et al.*, *v. Letitia James*, No. 22-CV-627

Dear Judge Kaplan:

      We represent the plaintiffs, Upsolve, Inc., and the Rev. John Udo-Okon, in the above-captioned matter. On July 13, 2022, Judge Crotty entered an order staying all deadlines in this case pending the resolution of the defendant's interlocutory appeal to the Second Circuit. As the Court is aware, the Second Circuit resolved that appeal on September 9, 2025. We have conferred with counsel for the defendant, and the parties agree that there is good cause to continue the existing stay.

      That stay was necessary because it would be inefficient to proceed in this while appellate proceedings resolve central legal issues in this case. That remains true: Plaintiffs intend to seek Supreme Court review of the Second Circuit's decision in this matter, which may change the governing legal standards. Plaintiffs therefore respectfully request that this Court continue to hold all pending deadlines in abeyance until the resolution of Plaintiffs' petition for certiorari. Defendant consents in this motion. In the event certiorari is denied, Plaintiffs would further seek leave to file a status report regarding further proceedings in this Court within 14 days of the Supreme Court's order.

      Respectfully submitted,

      /s/ Robert McNamara
      Robert McNamara

cc: Counsel of Record (via ECF)

ARLINGTON    AUSTIN    CHICAGO    MIAMI    PHOENIX    SEATTLE

901 N. Glebe Road, Suite 900  Arlington, VA 22203  P: (703) 682-9320  F: (703) 682-9321
general@ij.org    www.ij.org