UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UPSOLVE, INC, and REV. JOHN UDO-OKON,<br><br>    *Plaintiffs,*<br><br>v.<br><br>LETITIA JAMES, in her official capacity as Attorney General of the State of New York,<br><br>    *Defendant.* | Civil Case No. 1:22-cv-00627-LAK<br><br>NOTICE OF PLAINTIFFS' MOTION TO REINSTATE PRELIMINARY INJUNCTION |

**PLEASE TAKE NOTICE** that based upon the accompanying memorandum of law and declaration, as well as the declarations and exhibits filed in support of Plaintiffs' Motion for Preliminary Injunction (dated January 25, 2022), Plaintiffs Upsolve, Inc., and Rev. John Udo-Okon will move this Court on such a date as the Court may set for an Order pursuant to Rule 65(a) of the Federal Rules of Civil Procedure reinstating the May 24, 2022 preliminary injunction previously entered in the above-captioned matter.

Dated: October 10, 2025    Respectfully submitted,

                /s/ Robert J. McNamara

                Robert J. McNamara*
                INSTITUTE FOR JUSTICE
                901 North Glebe Road, Suite 900
                Arlington, Virginia 22203
                Tel: (703) 682-9320
                Fax: (703) 682-9321
                rmcnamara@ij.org
                *Attorney for Plaintiffs*
                *Admitted pro hac vice