UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UPSOLVE, INC. and REV. JOHN UDO-OKON,<br><br>                              Plaintiffs,<br><br>        -v-<br><br>LETITIA JAMES, in her official capacity as Attorney General of the State of New York,<br><br>                              Defendant. | 22-CV-00627 (LAK) |

**STIPULATION ADJOURNING DEFENDANT'S DEADLINE TO ANSWER
OR OTHERWISE RESPOND TO THE COMPLAINT UNTIL NOVEMBER 25, 2025**

WHEREAS, Plaintiffs filed their complaint (the "Complaint") against Attorney General Letitia James (the "Attorney General," or "Defendant"), along with a motion for preliminary injunction, on January 25, 2022 (ECF 1, 5); and

WHEREAS, on February 1, 2022, the Court extended the Attorney General's deadline to answer or respond to the Complaint until "10-days after a decision" on Plaintiffs' motion for a preliminary injunction, *see* 2/01/2022 Minute Entry; and

WHEREAS, the Court granted Plaintiffs' motion for a preliminary injunction on May 24, 2022 (ECF 68, the "Preliminary Injunction Order"); and

WHEREAS, the Court thereafter granted the Attorney General's request to further extend her answer/response deadline until July 15, 2022 (ECF 74); and

WHEREAS, on June 22, 2022, the Attorney General appealed the Preliminary Injunction Order to the U.S. Court of Appeals for the Second Circuit (ECF 77); and

WHEREAS, on July 13, 2022, the District Court stayed all deadlines, including the Attorney General's answer deadline, pending the resolution of the Second Circuit appeal (ECF 80); and

WHEREAS, on September 9, 2025, the Second Circuit issued a decision vacating the Preliminary Injunction Order and remanding the case to this Court for further proceedings (ECF 101); and

WHEREAS, on October 2, 2025, this Court vacated the prior stay of all deadlines; and

WHEREAS, on October 10, 2025, Plaintiffs moved to reinstate the preliminary injunction (ECF 109, the "Motion to Reinstate"); and

WHEREAS, on October 20, 2025, the Court extended the Attorney General's time to respond to the Motion to Reinstate until November 25, 2025, but did not set a specific deadline for the Attorney General to answer or respond to the Complaint (ECF 113); and

WHEREAS, the Second Circuit issued its mandate on the Attorney General's interlocutory appeal on October 24, 2025 (ECF 114).

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for all the parties to the above-titled action, that Attorney General's time to answer, move, or otherwise respond to the Complaint is hereby extended to November 25, 2025.

Dated: October 28, 2025

INSTITUTE FOR JUSTICE
*Attorney for Plaintiffs Upsolve, Inc. and Rev. John Udo-Okon*

By: Robert J. McNamara
901 North Glebe Road, Suite 900
Arlington, Virginia 22203
(703) 682-9320
rmcnamara@ij.org
*Admitted *pro hac vice*

Dated: October 27, 2025

LETITIA JAMES
Attorney General
State of New York
*Defendant*

By: Matthew J. Lawson
Assistant Attorney General
28 Liberty Street
New York, New York 10005
(212) 416-8733
Matthew.Lawson@ag.ny.gov

**SO ORDERED:**

_____
Lewis A. Kaplan, U.S.D.J.

Dated:_____, 2025

3