UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UPSOLVE, INC. and REV. JOHN UDO-
OKON,

                  Plaintiffs,

        -v.-

LETITIA JAMES, in her official capacity as
Attorney General of the State of New York,

                 Defendant.

22-CV-00627 (LAK)

## DEFENDANT LETITIA JAMES'S NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 12(b)(6), upon the accompanying memorandum of law, Declaration of Matthew J. Lawson, and all prior proceedings and papers filed herein, Defendant Letitia James, the Attorney General of the State of New York, will move this Court before the Honorable Lewis A. Kaplan, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, NY 10007, at a time and date to be set by the Court, for an order dismissing Plaintiffs' Complaint (ECF 1) for failure to state a claim.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, any opposing or response papers must be served within 14 days, or by December 9, 2025.

Dated:  New York, New York.
       November 25, 2025

                             LETITIA JAMES
                             Attorney General
                             State of New York

                             By:

                             */s/* Matthew J. Lawson
                             MATTHEW J. LAWSON
                             Assistant Attorney General
                             28 Liberty Street
                             New York, NY 10005
                             Tel: (212) 416-8733
                             matthew.lawson@ag.ny.gov