# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
ONE ROCKEFELLER PLAZA
8TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

DANIEL M. EISENBERG
VASUDHA TALLA

CLAIRE Z. ABBADI
ERIC ABRAMS
NICK BOURLAND
HANNAH BRUDNEY
SARA LUZ ESTELA
BIANCA HERLITZ-FERGUSON
LAURA S. KOKOTAILO
SONYA LEVITOVA
HAFSA S. MANSOOR
SANA MAYAT
DANIEL A. PEÑA
VIVAKE PRASAD
MAX SELVER
MAGGIE TURNER
EMILY K. WANGER
RACHAEL WYANT
SYDNEY ZAZZARO

November 25, 2025

*Via ECF*
The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Upsolve, et al. v. James*, No. 22-cv-00627 (LAK)

Dear Judge Kaplan:

This firm represents Mobilization for Justice and New Economy Project, as well as other anticipated legal services, consumer advocacy, and social justice organizations (together "Advocate Amici"). We write to seek leave to file a motion to file an *amici curiae* brief in in support of Defendant James and in opposition to Plaintiffs' pending Motion to Reinstate Preliminary Injunction in the above-referenced case by no later than December 19, 2025.

Advocate Amici previously filed an *amici curiae* brief in this case before the Hon. Paul A. Crotty (ECF Docket No. 57) and the Second Circuit (*Upsolve, Inc. Rev. John Udo-Okon v. Letitia James*, No. 22-1345, ECF Docket No. 76). Advocate Amici include individuals and organizations that have decades of experience helping and defending low-income New Yorkers in debt collection cases; are intimately knowledgeable about debt collection lawsuits in New York, and specifically New York City Civil Court; and have advocated for various debt collection reforms in New York to increase access to justice for low-income New Yorkers and New Yorkers of color. We believe this new *amici curiae* brief by Advocate Amici will provide the Court helpful context regarding the implementation of Upsolve's debt-collection advice program, as well as recent developments in access-to-justice programs nationwide.

Respectfully submitted,

/s/ Matthew D. Brinckerhoff

c: All counsel of record (via ECF)