UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UPSOLVE, INC. and REV. JOHN UDO-OKON,

                Plaintiffs,

-v.-

LETITIA JAMES, in her official capacity as Attorney General of the State of New York,

                Defendant.

22-CV-00627 (LAK)

**STIPULATION ADJOURNING DEFENDANT'S DEADLINE TO FILE A REPLY IN FURTHER SUPPORT OF HER MOTION TO DISMISS UNTIL DECEMBER 23, 2025**

WHEREAS, Defendant filed her Motion to Dismiss Plaintiffs' Complaint on November 25, 2025 (ECF No. 121); and

WHEREAS, Plaintiffs filed their Response in Opposition to Defendant's Motion to Dismiss on December 9, 2025 (ECF No. 126); and

WHEREAS, Defendant's current deadline to serve her reply papers is December 16, 2025, pursuant to Local Rule 6.1(b); and

WHEREAS, Plaintiffs consent to adjourn Defendant's deadline to serve her reply papers by seven days until December 23, 2025; and

WHEREAS, this is the first request to adjourn Defendant's deadline to submit reply papers in further support of her motion to dismiss,

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for all the parties to the above-titled action, that Defendant's deadline to submit reply papers in further support of her Motion to Dismiss is hereby extended by seven days until **December 23, 2025**.

Dated: December 11, 2025

INSTITUTE FOR JUSTICE
*Attorney for Plaintiffs Upsolve, Inc.
and Rev. John Udo-Okon*

By: Robert J. McNamara
901 North Glebe Road, Suite 900
Arlington, Virginia 22203
(703) 682-9320
rmcnamara@ij.org
*Admitted *pro hac vice*

Dated: December 11, 2025

LETITIA JAMES
Attorney General
State of New York
*Defendant*

By: Matthew J. Lawson
Assistant Attorney General
28 Liberty Street
New York, New York 10005
(212) 416-8733
Matthew.Lawson@ag.ny.gov

**SO ORDERED:**

_____
Lewis A. Kaplan, U.S.D.J.

Dated:_____, 2025

2