UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UPSOLVE, INC., and<br>REV. JOHN UDO-OKON,<br><br>                    Plaintiffs,<br><br>   -against-<br><br>LETITIA JAMES, in her official capacity as Attorney General of the State of New York,<br><br>                    Defendant. | No. 1:22-cv-00627-LAK<br><br>NOTICE OF MOTION |

## NOTICE OF AMICI CURIAE'S MOTION FOR LEAVE TO FILE BRIEF

PLEASE TAKE NOTICE that, upon the declaration of Matthew D. Brinckerhoff, dated December 19, 2025, proposed amici curiae, consumer law experts, civil legal services organizations, and civil rights organizations, and (1) the annexed Declaration of Susan Shin with exhibits A-C, and (2) the annexed proposed brief of Amici Curiae in opposition to Plaintiffs' Motion to Reinstate Preliminary Injunction, proposed Amici Curiae seek an order from this Court, before the Honorable Lewis A. Kaplan, at the at the United States Courthouse, 500 Pearl St., New York, NY, granting leave to file Amici Curiae's proposed brief and such other and further relief as requested and as the Court deems just and proper in the above-captioned case.

Dated: December 19, 2025
      New York, New York

                                           /s/ Matthew D. Brinckerhoff
                                           Matthew D. Brinckerhoff

                                           Emery Celli Brinckerhoff
                                           Abady Ward & Maazel LLP
                                           One Rockefeller Plaza, 8th Fl.
                                           New York, New York 10020
                                           (212) 763-5000

                                           *Attorneys for Amici Curiae*