UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UPSOLVE, INC., et ano.,

                           Plaintiffs,

            -against-                              22-cv-0627 (LAK)

LETITIA JAMES, etc.,

                           Defendant.
------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/22/2026

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       The Court will hear oral argument on the pending motions on February 3, 2026 at 2:15 p.m. in Courtroom 26B.

       SO ORDERED.

Dated:      January 22, 2026

                                                      Lewis A. Kaplan
                                           United States District Judge